UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **NORCAVE PROPERTIES, LLC,**<br>    Plaintiff<br><br>versus<br><br>**INTERNAL REVENUE SERVICE,**<br>    Defendant | **CIVIL ACTION NO. 2:25-CV-00398**<br><br><br>**DISTRICT JUDGE JAMES D. CAIN, JR.**<br><br><br>**MAG. JUDGE THOMAS P. LEBLANC** |

**PLAINTIFF'S MOTION
FOR JUDGMENT ON THE PLEADINGS**

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Plaintiff Norcave Properties, LLC moves for judgment on the pleadings in this matter. In support of this motion, Norcave shows the Court the following:

1. The pleadings in this action have closed.

2. Based on the pleadings, the parties agree that the IRS has asserted penalties against Norcave and that the IRS has not allowed a jury trial to determine whether Norcave is liable for those penalties.

3. The parties also agree that the asserted penalties are civil and legal in nature.

4. There are no disputed issues of material fact in this regard, and only questions of law remain.

5. Pursuant to the Seventh Amendment to the United States Constitution, as interpreted by the Supreme Court and the Fifth Circuit, Norcave has a right to challenge the IRS's assertion of penalties before a jury.

6. Norcave also relies on the memorandum being submitted herewith.

WHEREFORE, this motion for judgment on the pleadings should be granted.

This 25th day of July 2025.

           Respectfully submitted,

           FOX ROTHSCHILD LLP

           *s/John G. Yadamec*
           John G. Yadamec
           La. Bar Roll No. 37928
           2501 N. Harwood St., Suite 1800
           Dallas, TX 75201
           (972) 991-0889 Phone
           (972) 404-0516 Fax
           jyadamec@foxrothschild.com

           Meeren Amin (admitted pro hac vice)
           2020 K St. NW, Suite 500
           Washington, DC 20011
           (202) 461-3100 Phone
           (202) 461-3102 Fax
           mamin@foxrothschild.com

           Kip D. Nelson (admitted pro hac vice)
           230 N. Elm St., Suite 1200
           Greensboro, NC 27401
           (336) 378-5200 Phone
           (336) 378-5400 Fax
           knelson@foxrothschild.com

           *Counsel for Plaintiff*
           *Norcave Properties, LLC*