# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

**NORCAVE PROPERTIES L L C**           **CASE NO. 2:25-CV-00398**

**VERSUS**                              **JUDGE JAMES D. CAIN, JR.**

**INTERNAL REVENUE SERVICE**            **MAGISTRATE JUDGE LEBLANC**

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the United States' Cross-Motion for Judgment on the Pleadings (Doc. 17) IS **GRANTED**, Plaintiff's Motion for Judgment on the Pleadings (Doc. 13) is **DENIED**, and this action is dismissed for lack of jurisdiction.

**THUS DONE AND SIGNED** in chambers on this 25th day of August, 2025.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**