# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **NORCAVE PROPERTIES, LLC,**  Plaintiff  versus  **INTERNAL REVENUE SERVICE,**  Defendant | **CIVIL ACTION NO. 2:25-CV-00398**  **DISTRICT JUDGE JAMES D. CAIN, JR.**  **MAG. JUDGE THOMAS P. LEBLANC** |

## NOTICE OF APPEAL

Notice is hereby given that Norcave Properties, LLC, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment and Memorandum Ruling entered in this action on August 25, 2025.

This 24th day of September 2025.

Respectfully submitted,

FOX ROTHSCHILD LLP

*s/ John G. Yadamec*
John G. Yadamec
La. Bar Roll No. 37928
2501 N Harwood Street, Suite 1800
Dallas, Texas 75201
(972) 991-0889     Phone
(972) 404-0516     Fax
jyadamec@foxrothschild.com

Meeren Amin (admitted pro hac vice)
2020 K Street NW, Suite 500
Washington, DC 20011
(202) 461-3100     Phone
(202) 461-3102     Fax
mamin@foxrothschild.com

Kip D. Nelson (admitted pro hac vice)
230 N Elm Street, Suite 1200
Greensboro, North Carolina 27401
(336) 378-5200     Phone
(336) 378-5400     Fax

knelson@foxrothschild.com

*Counsel for Plaintiff Norcave Properties, LLC*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was electronically served by email on September 24, 2025, to Defendant's counsel of record as follows:

Bensen V. Solivan
bensen.solivan@usdoj.gov

*s/ John G. Yadamec*
John G. Yadamec

2